

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00298-CV

**FRITZ MANAGEMENT, LLC**,
Appellant

v.

**ALFORTISH CONTRACTORS, LLC**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI07323
Honorable Christine Vasquez-Hortick, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, the trial court's order confirming the arbitration award is AFFIRMED. Costs of appeal are taxed against appellant Fritz Management, LLC.

SIGNED July 9, 2025.

_____
Irene Rios, Justice